UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDY IVAN PETERSEN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SPOKANE COUNTY JAIL, DR. KENNEDY, M. SNYDER and STEVE MOORE,<br><br>                    Defendants. | NO.  CV-11-419-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTIONS TO VOLUNTARILY DISMISS COMPLAINT AND TO WAIVE FILING FEE** |

Magistrate Judge Imbrogno filed a Report and Recommendation on February 7, 2012, recommending Mr. Peterson's Motions to Voluntarily Dismiss Complaint and to Waive Filing Fee be granted.  ECF No. 15. There being no objections, the Court **ADOPTS** the Report and Recommendation.

Accordingly, **IT IS ORDERED** Plaintiff's dismissal motion, **ECF No. 13**, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.  IT IS FURTHER ORDERED** Plaintiff's motion to waive filing fee, **ECF No. 14**, is **GRANTED** and the institution having custody of Mr. Petersen shall cease collection of the filing fee in this action, cause number **CV-11-419-CI.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward

ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTIONS TO VOLUNTARILY DISMISS COMPLAINT AND TO WAIVE FILING FEE -- 1

a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 12th day of March 2012.

S/ Edward F. Shea
EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\prisoner11cv419ci-2-23-voldiscease.wpd